FILED 20 AUG '26 13:47 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**UNITED STATES OF AMERICA**

**v.**

**ETHAN JAMES KEGLEY,**

**Defendant.**

**6:26-cr-** 00310-MC

**INDICTMENT**

**18 U.S.C. § 2251(a)**
**18 U.S.C. § 2251(a) and (e)**
**18 U.S.C. § 2422(b)**

**FORFEITURE ALLEGATIONS**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempted Sexual Exploitation of Children)**
**(18 U.S.C. § 2251(a) and (e))**

On or about June 17 and June 18, 2024, in the District of Oregon, defendant **ETHAN JAMES KEGLEY** attempted to use, persuade and entice a minor, referred to as HH, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 2**
**(Sexual Exploitation of Children)**
**(18 U.S.C. § 2251(a))**

On or about July 7, 2024, in the District of Oregon, defendant **ETHAN JAMES KEGLEY** used, persuaded, and enticed a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT 3**
**(Sexual Exploitation and Attempted Sexual Exploitation of Children)**
**(18 U.S.C. § 2251(a) and (e))**

Between on or about August 22, 2024 and September 16, 2024, in the District of Oregon, defendant **ETHAN JAMES KEGLEY** used, persuaded, and enticed a minor, referred to as JJ, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and attempted to do so;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 4**
**(Coercion and Enticement and Attempted Coercion and Enticement of a Minor)**
**(18 U.S.C. § 2422(b))**

Between on or about June 17, 2024 and September 16, 2024, in the District of Oregon, defendant **ETHAN JAMES KEGLEY** did use any facility of interstate and foreign commerce, that is a digital device connected to the internet, to knowingly persuade and entice an individual who had not attained the age of 18 years, or an individual who defendant believed had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, and attempted to do so;

In violation of Title 18, United States Code, Section 2422(b).

**FIRST FORFEITURE ALLEGATION**

Upon conviction of one or more of Counts 1 through 3, defendant **ETHAN JAMES KEGLEY** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

**SECOND FORFEITURE ALLEGATION**

Upon conviction of Count 4, defendant **ETHAN JAMES KEGLEY** shall forfeit to the United States pursuant to 18 U.S.C. § 2428 any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violation.

Dated: August 20, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney